UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    Larry E. Gibas                                Case No. 15-31102-beh
    and Kimberly D. Richter Gibas,         (Chapter 11)

                Debtors.

## ATTORNEYS' STATEMENT OF LEONARD G. LEVERSON
## PURSUANT TO FEDERAL RULE OF BANKUPTCY PROCEDURE 2016(b)

      Pursuant to Federal Rule of Bankruptcy Procedure 2016(b), Leonard G. Leverson and Leverson Lucey & Metz S.C. hereby state as follows:

      1.    Leverson Lucey & Metz S.C. ("LL&M") is serving as general bankruptcy counsel for the Debtors.

      2.    On or about September 30, 2015, Larry E. Gibas and Kimberly D. Richter Gibas (the "Debtors") paid LL&M a retainer of $10,000. After billing out LL&M's prepetition services and the cost of the filing fee in the above case, $6,003.00 remains on hand in LL&M's trust account.

      3.    The services rendered or to be rendered by the undersigned attorneys include general case administration, assistance with the preparation of schedules, statements, advice and counseling concerning Chapter 11, the preparation of a plan and disclosure statement,

Leonard G. Leverson
Leverson Lucey & Metz S.C.
106 W. Seeboth Street. Suite 204-1
Milwaukee, WI 53204
(414) 271-8503 (phone)
(414) 271-8504 (fax)
E-mail: lgl@levmetz.com

and representation of the Debtors in all negotiations, proceedings, pleadings, and hearings related to this Chapter 11 case.

4. The source of future payments to be made by the Debtors to the undersigned attorneys will be the income and assets of the Debtors.

5. No agreement exists for the sharing of the above-disclosed compensation with any person except the shareholders of Leverson Lucey & Metz S.C.

Dated this 15th day of October, 2015.

                LEVERSON LUCEY & METZ S.C.

                /s/ Leonard G. Leverson
                Leonard G. Leverson
                Attorneys for the Debtors
                106 West Seeboth Street, Suite 204-1
                Milwaukee, WI  53204
                Phone:  (414) 271-8503
                Fax:  (414) 271-8504
                E-mail:  lgl@levmetz.com